CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
GERALDINE LARGO, ESQ.
Nevada Bar No. 15023
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Email: castigm1@nv.ccsd.net
*Attorney for Defendant*
*Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEX TECNICA LTD, a Nevada limited-liability company, | Case No.: 2:24-cv-01656-GMN-BNW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, | **(FIRST REQUEST)** |
| Defendant. | |

At Defendant Clark County School District's ("CCSD") request, the Parties, through their undersigned counsel, hereby stipulate and request that the discovery deadlines in this matter be continued for a short period of thirty (30) days, from the Court's prior Order (ECF No. 20) to facilitate transparency and potential settlement discussion. This Stipulation is supported by good cause, is the Parties' first request, and not for the purpose of delay.

**I.   DISCOVERY COMPLETED TO DATE**

     a.  On December 6, 2024, Defendant served its initial disclosures.

     b.  On December 6, 2024, Plaintiff served its initial disclosures.

**II.  DISCOVERY THAT REMAINS TO BE COMPLETED**

     a.  Additional disclosures in the form of declarations and affidavits

The parties stipulate that no further written discovery will occur.

### III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The Parties seek to extend the deadlines by thirty (30) days, starting with the discovery cut-off date forward. Neither party intends to extend the deadlines to amend pleadings add parties, initial expert disclosures, or rebuttal expert disclosures. Plaintiff counsel is in the process of preparing and finalizing declarations and affidavits attesting to reasonable rates in the market.[1] Upon receipt and review of those declarations and affidavits, Defense counsel will require additional time to counter said submissions or likewise prepare and collect declarations and affidavits from other special education law practitioners in the market.[2]

On February 5, 2025, Defense counsel inquired about the status of discovery and proposed for a stipulation to extend the discovery plan and scheduling order out of an abundance of caution in advance of the deadline to request an extension or modification of the discovery plan and scheduling order. The Defense counsel's proposal kept in mind that each of the Parties also had dispositive motions pending adjudication, which is why Defense counsel filed their Motion to Stay (ECF No. 25).. Initially the parties were unable to come to an agreement. Ultimately, the Parties agreed to continue discovery in good faith, on the condition that Defense counsel withdraw the Motion to Stay, while being mindful of the additional time need to gather and prepare declarations and affidavits from special education law practitioners in establishing a reasonable rate. Defense counsel herewith withdraws the Motion to Stay (ECF No. 25) to preserve judicial economy and advance justice.

///

///

///

---

[1] "The burden is on the fee applicant 'to produce satisfactory evidence' of the prevailing market rates." *T.B. v. San Diego Unified Sch. Dist.*, 293 F. Supp. 3d 1177, 1188 (S.D. Cal. 2018) (citing *Sam K. ex rel. Diane C. v. Hawaii Dep't of Educ.*, 788 F.3d 1033, 1041 (9th Cir. 2015)).

[2] "The party opposing the fee application has a burden of rebuttal that requires submission of evidence to the district court challenging the accuracy and reasonableness of the hours charged or the facts asserted by the prevailing party in its submitted affidavits." *Gates v. Deukmejian*, 987 F.2d 1392, 1397-98 (9th Cir. 1992).

## IV.    PROPOSED EXTENDED DEADLINES

The Parties respectfully request that this Court enter an Order granting this First Request for extension of discovery deadlines as follows:

|  | Current | Proposed |
|---|---|---|
| Discovery Cut-Off | March 12, 2025 | April 11, 2025 |
| Deadline to amend pleadings and add parties | December 12, 2024 | CLOSED |
| Deadline for initial expert disclosures | January 13, 2025 | CLOSED |
| Deadline for rebuttal expert disclosures | February 10, 2025 | CLOSED |
| Deadline to file dispositive motions | April 11, 2025 | May 12, 2025 |
| Pre-Trial Order | May 12, 2025 | June 11, 2025 |

Dated this ____ day of February, 2025.

LEX TECNICA LTD.

By:  /s/ Scott Whitworth
    Scott Whitworth, Esq.
    Nevada Bar No. 15671
    10161 Park Run Drive
    Suite 150
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff*

Dated this ____ day of February, 2025.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By:  /s/ Geraldine Largo
    Geraldine Largo, Esq.
    Nevada Bar No. 15023
    5100 West Sahara Avenue
    Las Vegas, Nevada 89146
    *Attorney for Defendant*

# ORDER

Based upon the foregoing Stipulation of the Parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Discovery Cut-Off | March 12, 2025 | April 11, 2025 |
| Deadline to amend pleadings and add parties | December 12, 2024 | CLOSED |
| Deadline for initial expert disclosures | January 13, 2025 | CLOSED |
| Deadline for rebuttal expert disclosures | February 10, 2025 | CLOSED |
| Deadline to file dispositive motions | April 11, 2025 | May 12, 2025 |
| Pre-Trial Order | May 12, 2025 | June 11, 2025 |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 20, 2025